# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

137395

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROBERT DISHNO,
      Petitioner-Appellant,

v

STATE WIDE REAL ESTATE,

and

UNEMPLOYMENT INSURANCE AGENCY,
      Respondents-Appellees.

SC: 137395
COA: 285192
Marquette CC: 07-045237-AE

_____/

     On order of the Court, the application for leave to appeal the September 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009

_____
Clerk

s0114